IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Iron Workers Local No.498, et al. | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 3:17 CV 50067 |
| | ) | |
| v. | ) | |
| | ) | Judge: Iain D. Johnston |
| Bumpys Steel Erection, LLC | ) | |
| Defendant. | ) | |

## ORDER, REPORT AND RECOMMENDATION

      Status hearing held on 7/27/2017. Plaintiff orally moves to dismiss without prejudice because the plaintiff has begun receiving payments by the defendant. Accordingly, it is this Court's Report and Recommendation that the plaintiff's oral motion under Rule 41(a) be granted. Any objection must be filed by 8/10/2017. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:02)
Date: 7/27/2017                                                    /s/ Iain D. Johnston
                                                                                            U.S. Magistrate Judge