**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Iron Workers Local No. 498, et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No: 17 C 50067 |
| | ) | |
| Bumpy's Steel Erection, LLC | ) | |
| | ) | |
| *Defendant*. | ) | Judge Frederick J. Kapala |

<u>**ORDER**</u>

Before the court is a report and recommendation ("R&R") [21] from the magistrate judge recommending that plaintiffs' oral motion to dismiss under Rule 41(a) be granted. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, <u>see</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R [21] and dismisses the case without prejudice. This case is closed.

Date: 8/11/2017

ENTER:

_____

FREDERICK J. KAPALA

District Judge